**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAQUELINE FLORES, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, DEP'T OF MOTOR VEHICLES, JAVIER GUANGORENA, and DOES 1-50 <br><br> Defendants. | CV 19-6581-RSWL-SS <br><br> **ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION AND TIMELY REMOVAL** |

Defendant State of California, Department of Motor Vehicles ("DMV") filed its Notice of Removal [1] on July 30, 2019. In its Notice of Removal, with regard to the citizenship of Plaintiff Jacqueline Flores ("Plaintiff"), DMV stated, "Complete diversity of citizenship exists between Plaintiff JACQUELINE FLORES (hereinafter 'Plaintiff'), a citizen of the State of Texas, and Defendant DMV, a California state agency."

1

Notice of Removal 2:3-6, ECF No. 1. But in support of diversity jurisdiction, DMV states that "Plaintiff alleges that she is a resident of the state of Texas." Id. at 2:17-19. To invoke diversity jurisdiction, DMV must prove complete diversity of citizenship between the parties. 28 U.S.C. § 1332. A natural person's state citizenship is "determined by her state of domicile, not her state of residence." Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001).

A notice of removal "alleging diversity of citizenship upon information and belief is insufficient" to prove complete diversity. Bradford v. Mitchell Bros. Truck Lines, 217 F. Supp. 525, 527 (N.D. Cal. 1963); see Doherty v. Ocwen Fin. Corp., No. CV 14-7118 PA (Ex), 2014 U.S. Dist. LEXIS 131247, at *4 (C.D. Cal. Sep. 16, 2014) (remanding case when the defendant alleged the plaintiffs' citizenship based solely on "information and belief"). Further, DMV did not support its claim that removal of this Action was timely. As such, DMV is **HEREBY ORDERED** to show, in writing, on or before November 15, 2019, evidence of Plaintiff's citizenship and timely removal or this Action will be remanded.

**IT IS SO ORDERED.**

DATED: November 6, 2019      /s/ Ronald S.W. Lew
　　　　　　　　　　　　　　　**HONORABLE RONALD S.W. LEW**
　　　　　　　　　　　　　　　Senior U.S. District Judge