JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAQUELINE FLORES,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF MOTOR VEHICLES, JAVIER GUANGORENA, and DOES 1-50, inclusive,**<br><br>Defendants. | Case No. 2:19-cv-06581- RSWL (SSx)<br><br>[~~PROPOSED~~] ORDER |

Pursuant to the Parties' Stipulation of Dismissal of Defendant State of California, Department of Motor Vehicles Pursuant to Federal Rule of Civil Procedure, rule 41 (a)(1); and of Remand as to Remaining Parties ("Stipulation"), filed on September 30, 2020, and for good cause shown,

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Defendant State of California, Department of Motor Vehicles, is dismissed from this entire action with prejudice, effective as of the date and time of the filing of the Parties' Stipulation with the Court.  Each Party to bear her or its own respective fees and costs.

2. This action is remanded to the California Superior Court solely as to Plaintiff's claims as to named defendant Javier Guangorena.

IT IS SO ORDERED.

Dated: October 2, 2020

/S/ RONALD S.W. LEW

_____
The Honorable Ronald S. W. Lew

2